DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

STATE FARM FLORIDA INSURANCE COMPANY,

Appellant,

v.

ANNA GANT and ISAAC GANT,

Appellees.

No. 2D22-2590
————————————————

September 13, 2023

Appeal from the Circuit Court for Hillsborough County; Rex M. Barbas, Judge.

C. Ryan Jones and Scot E. Samis of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for Appellant.

Mark A. Nation of The Nation Law Firm, LLP, Longwood, for Appellees.

PER CURIAM.

     Affirmed.

BLACK, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.